TONY WEST
Assistant Attorney General
Civil Division
United States Department of Justice

ELIZABETH J. STEVENS
Assistant Director
District Court Section

GISELA A. WESTWATER (NSB 21801)
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-4174
Facsimile: (202) 616-8962
E-mail: Gisela.Westwater@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TERESITA COSTELO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JANET NAPOLITANO, Secretary, Department of Homeland Security, *et al.*, <br><br> Defendants. | No. SA CV08-00688-JVS (SHx) <br><br> DEFENDANTS' OPPOSITION TO AMICI CURIAE MOTION FOR LEAVE TO FILE BRIEF |

   This action began on June 20, 2008, when Plaintiffs filed their Complaint with this Court, challenging the United States Citizenship and Immigration Services' ("USCIS") application of 8 U.S.C. § 1153(h)(3) to certain visa petitions filed in the family second-preference classification.  (Docket # 1.)  In their Complaint, and again in successive motions, Plaintiffs sought

class certification.  (Docket # 1, # 4, # 8, # 18.)  Defendants, however, successfully obtained a stay of this case and related cases to await the anticipated issuance of guidance from the Board of Immigration Appeals (BIA) on the proper application of 8 U.S.C. § 1153(h)(3).  (Docket # 32.)

In the interim, the Court entertained Plaintiffs' second amended motion to certify class (Docket # 54), Defendants' opposition (Docket # 59), and Plaintiffs' reply (Docket # 60). Both parties presented argument regarding class certification before this Honorable Court on June 15, 2009.  (Docket # 63.) The next day, the BIA published <u>Matter of Wang</u>, 25 I. & N. Dec. 28 (2009), addressing the application of 8 U.S.C. § 1153(h)(3) to claims similar to those of Plaintiffs.  In response, the Court invited the parties to submit briefs discussing the impact of <u>Matter of Wang</u> on Plaintiffs' motion for class certification. (Docket # 61.)

Defendants submitted a brief to the Court on July 1, 2009, discussing the impact of <u>Matter of Wang</u> on class certification itself and its possible role in a merits decision.  (Docket # 68.)  Defendants did not, however, argue the merits of <u>Matter of Wang</u>, whether 8 U.S.C. § 1153(h)(3) is ambiguous, whether <u>Matter of Wang</u> offers a reasonable interpretation of the statute, and whether Plaintiffs should prevail on the merits in light of <u>Matter of Wang</u>.  (Docket # 68.)

Defendants request that the Court deny the request for leave of the American Immigration Law Foundation and the American Immigration Lawyers Association to file an amici curiae brief. Although Defendants do not object to the intervention of the

American Immigration Law Foundation and the American Immigration Lawyers Association as *amici curiae*, Defendants object to the content of their proposed brief, which argues the underlying merits of Plaintiffs' claims rather than the factors affecting class certification.

At this stage of the proceedings, should the Court prefer to receive briefs discussing the merits of <u>Matter of Wang</u> and its precedential effect on the merits of Plaintiffs' claims, rather than its impact on class certification, Defendants respectfully request the opportunity to file a response to the proposed brief. Plaintiffs, interpreting the Court's earlier invitation to encourage such commentary, have already briefly argued the merits of the <u>Wang</u> decision in their supplemental brief. (Docket # 69.)

In the event the Court admits the proposed brief, Defendants respectfully request seven (7) days to respond.

## **CONCLUSION**

For the foregoing reasons, Defendants respectfully request that this Court deny the motion for leave to file an amici curiae brief.

Respectfully submitted,

DATED: July 7, 2009

                        TONY WEST
                        Assistant Attorney General
                        Civil Division
                        United States Department of Justice

                        ELIZABETH J. STEVENS
                        Assistant Director
                        District Court Section

                        <u>s/ Gisela A. Westwater</u>
                        GISELA A. WESTWATER (NSB 21801)
                        Trial Attorney
                        District Court Section
                        Office of Immigration Litigation

```
                              United States Department of Justice
                              P.O. Box 868, Ben Franklin Station
                              Washington, DC 20044
                              Telephone: (202) 532-4174
                              Facsimile: (202) 616-8962
                              E-mail: Gisela.Westwater@usdoj.gov

                              Attorney for Defendants
```

OPPOSITION TO MOTION TO FILE AMICI BRIEF
SACV 08-00688-JVS (SHx)            4

CERTIFICATE OF SERVICE

Case No. CV 08-00688 JVS (SHx)

I hereby certify that on July 7, 2009, a copy of the foregoing "DEFENDANTS' OPPOSITION TO AMICI CURIAE MOTION FOR LEAVE TO FILE BRIEF" was filed electronically using the Court's electronic filing system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ Gisela A. Westwater
GISELA A. WESTWATER
Trial Attorney
Gisela.Westwater@usdoj.gov
District Court Section
Office Of Immigration Litigation
Civil Division
U.S. Department of Justice
P. O. Box 868
Washington, D.C. 20044

*Attorney for Defendants*